```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 23443
   JENNIFER D WATKINS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor


----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 12/14/2007 and was not confirmed.

    The case was transferred to Glenn Stearns, Trustee on 01/14/2008.
----------------------------------------------------------------------
CREDITOR NAME           CLASS        CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                       PAID         PAID
----------------------------------------------------------------------

NO ATTORNEY          DEBTOR ATTY          .00                        .00
TOM VAUGHN           TRUSTEE                                         .00
DEBTOR REFUND        REFUND                                          .00

       Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                      --------------    --------------
TOTALS                     .00                    .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 04/23/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE