```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 23443
   JENNIFER D WATKINS
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-0162
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/14/07 .

2. The case was dismissed without confirmation, 06/06/2008.

3. The Debtor paid a total of $    600.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY INC | UNSECURED | NOT FILED | .00 | .00 |
| FAIR COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HELLER & FRISONE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MY FIRST STEPS TO LEARNI | UNSECURED | NOT FILED | .00 | .00 |
| NAFS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RICKENBACKER COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| SALUTE | UNSECURED | NOT FILED | .00 | .00 |
| BEGINNER READERS | UNSECURED | NOT FILED | .00 | .00 |
| MY FIRST STEPS TO LEARNI | UNSECURED | NOT FILED | .00 | .00 |
| MY FIRST STEPS TO LEARNI | UNSECURED | NOT FILED | .00 | .00 |
| TRIBUTE GOLD MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROBERT J ADAMS & ASSOC | REIMBURSEMENT | 32.33 | .00 | 32.33 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 32.33 | .00 | .00 | 32.33 |
| PRINCIPAL PAID | .00 | 32.33 | .00 | .00 | 32.33 |

```
INTEREST PAID                    .00         .00            .00          .00         .00
TOTAL PAID                       .00       32.33            .00          .00       32.33
```

The Debtor's attorney, ROBERT J ADAMS & ASSOC    , was allowed $   3500.00 and was paid $     532.87 .

The Trustee received $      34.80 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/10/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE